# EXHIBIT A

# THE LAW OFFICE OF
# MANDY L. SPAULDING

P.O. Box 826
North Attleboro, MA 02761
www.mlspauldinglaw.com

Mandy L. Spaulding (licensed in Massachusetts)     Telephone: (508) 643-7200
Nicholas M. Amaral (licensed in Massachusetts and Rhode Island)     Facsimile: (508) 809-4634
Fred B. Seitz IV (licensed in Massachusetts)     Normal Business Hours: M-F 9:00AM-5:00PM

May 3, 2013

East Brookfield District Court
Small Claims
544 East Main Street
East Brookfield, MA 01515

        Re:        R & M Acquisitions, LLC v. Tammy Duquette
                      Docket No. 1269 SC 617

Dear Sir or Madam:

I respectfully request that the court please issue an execution on this matter. As of today the judgment debtor has not made payment. The execution is necessary to attach wages, place lien on real property, seize other property of significant value, or pursue supplementary process.

Thank you very much for your kind assistance and cooperation in this matter.

Very Truly Yours,

Mandy L. Spaulding, Esq.
Nicholas M. Amaral, Esq.
Fred B. Seitz, Esq.
Encl.
NA