# EXHIBIT B

```
* * *  COMMUNICATION RESULT REPORT ( MAY. 3. 2013 12:19PM )  * * *

                                                            FAX HEADER:  A

TRANSMITTED/STORED : MAY. 3. 2013 12:18PM
FILE  MODE         OPTION              ADDRESS              RESULT        PAGE
----  ---------------------------------------------------------------------------
411   MEMORY TX                        15088857623          OK            1/1

REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL            E-2) BUSY
  E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
```

*Handwritten notes:* 11:29 am Confirm w/ Clerk - Jill ⇒ Kim ✓ she has it ✓   5/3/13 12:47 pm

---

May 3, 2013

Tammy L. Duquette

749 S Barre Road
Barre, MA 01005

Docket NO: 1269 SC 617

RE: Copy of Judgment /Motion to Vacate Judgment

Dear Sir/Madam,

I was contacted by an attorney's office today, May 3, 2013, stating that there was a judgment against me to collect a debt from an "R and M Acquisitions." I requested that the attorney's office send me a copy of the paperwork since I never received notice of claim and date of trial. I contacted East Brookfield District Court and found the docket number above was transferred from an original docket no: 1264 319 in the Dudley District Courthouse.

I would like to request a copy of a judgment that was entered against me without my knowledge. In addition, I would like to file a motion to vacate the judgment because I was not properly informed of a court hearing, allowed the opportunity to represent myself in the case, and the statute of limitations on debt collection in the above mentioned docket is beyond the state of Massachusetts 6 year limit.

Thank you,

*/s/ Tammy L. Duquette*

Tammy L. Duquette