# EXHIBIT C

| NOTICE TO THE PARTIES | DOCKET NUMBER 1269SC000617 | Trial Court of Massachusetts District Court Department  |
|---|---|---|

CASE NAME: R&M Acquisitions v. Tammy Duquette

ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED

Tammy Duquette
749 S Bane Rd
Bane, MA 01005

COURT NAME & ADDRESS

East Brookfield District Court
544 East Main Street
East Brookfield, MA 01515-1701

## TO THE PARTIES TO THIS CASE:

The Court has made the following docket entry in this case.

After review of this file, the court can not issue an execution as plaintiff requested because no judgment has entered in this matter.

The matter is pending and waiting for a Magistrate's Hearing to be scheduled. We are behind in scheduling and the parties will receive a date when one becomes available.

DATE ISSUED: May 9, 2013

CLERK-MAGISTRATE/ASST. CLERK: Elizabeth M Maunsell

015                    www.mass.gov/courts                    Date/Time Printed: 05-09-2013 14:18:08