**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Tammy Duquette, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:13-cv-40097-TSH |
| | : |
| Law Office of Mandy L. Spaulding; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 27, 2013

                                                              Respectfully submitted,

                                                              PLAINTIFF, Tammy Duquette

                                                              /s/ Sergei Lemberg

                                                               Sergei Lemberg, Esq.
                                                               B.B.O. No.: 650671
                                                               **LEMBERG & ASSOCIATES L.L.C.**
                                                               1100 Summer Street, 3rd Floor
                                                               Stamford, CT 06905
                                                               Telephone: (203) 653-2250
                                                               Facsimile: (203) 653-3424
                                                               slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 27, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Sergei Lemberg

              Sergei Lemberg