**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Tammy Duquette, : | |
| : | Civil Action No.: 4:13-cv-40097-TSH |
| Plaintiff, : | |
| v. : | |
| : | |
| Law Office of Mandy L. Spaulding; and DOES 1-10, inclusive, : | |
| : | |
| Defendant. : | |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Tammy Duquette ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 27, 2014

    Respectfully submitted,

    By: /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    BBO No.: 650671
    Lemberg Law, L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg

                                                Sergei Lemberg